# Court of Appeals
# of the State of Georgia

**ATLANTA,** October 16, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0190.  TABEEKA JORDAN v. THE STATE.**

This appeal was docketed in this Court on August 13, 2024.  The Appellant's brief, including enumerations of error, was due to be filed no later than September 3, 2024.  Court of Appeals Rules 3, 23 (a).  On September 4, 2024, this Court entered an order granting Appellant's motion for an extension of time and ordering that Appellant's brief and enumerations of error be filed no later than October 4, 2024.  However, as of the date of this order, Appellant brief and enumerations of error still have not been filed.  Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED.  Court of Appeals Rule 7 (c), Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/16/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*